JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JASON CHUNGCHIEN YU, <br><br> Petitioner, <br><br> v. <br><br> NEIL McDOWELL, as Acting Warden, Ironwood State Prison, <br><br> Respondent. | Case No. 5:22-cv-01040-FWS-DTB <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the action is **DISMISSED WITH PREJUDICE**.

Dated: November 17, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE